IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAYSE L. GADDY | ) | |
| | ) | No. 3:25-cv-00058 |
| v. | ) | |
| | ) | Judge Richardson |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

The United States of America hereby respectfully requests that Assistant United States Attorney Nicholas Goldin be substituted in place of former Assistant United States Attorney Rascoe S. Dean as the attorney of record for the Government in this case.

    Respectfully submitted,

    ROBERT E. MCGUIRE
    Acting United States Attorney for
    the Middle District of Tennessee

    /s/ Nicholas J. Goldin
    NICHOLAS J. GOLDIN
    Assistant United States Attorney
    719 Church Street, Suite 3300
    Nashville, Tennessee 37203
    Tel. (615) 736-5151

## CERTIFICATE OF SERVICE

        I hereby certify that, on March 18, 2025, a true and exact copy of the foregoing document was filed electronically with the Clerk of Court via CM/ECF, and that a copy was mailed to the petitioner at the following address:

**Adayse L. Gaddy**
#26524-075
FCI
P.O. Box 4000
Manchester, KY 40962

        /s/ Nicholas J. Goldin
        NICHOLAS J. GOLDIN
        Assistant United States Attorney